# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY E. DAVEY, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant | Case No.: C09-0297-JCC-MAT <br><br><br> ORDER FOR REVISION OF BRIEFING SCHEDULE <br><br> *Clerk's Action Required* <br> *Noted for 6/30/09* |

## **ORDER**

Based upon plaintiff's counsel's declaration and the stipulation of the parties, it is hereby

Ordered that the briefing schedule is amended to the dates set forth below based upon good cause:

Opening Brief (currently due 6/29/09) : new due date – 7/20/09

Responsive Brief (currently due 7/27/09): new due date – 8/17/09

Reply Brief -(currently due by 8/10/09): new due date – 8/31/09

Dated this 1st day of July, 2009.

         s/ Mary Alice Theiler
         United States Magistrate Judge

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way
Kirkland, WA 98034
425-821-8577
fax 425-821-5714

ORDER re: Briefing Schedule Revision-page 1

1. Agreed for entry:
   S/Rosemary B. Schurman for (per authorization)
2. Mathew W. Pile
   Office of General Counsel
3. Attorney for Defendant

4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25. ORDER re: Briefing Schedule Revision-page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**